590 A.2d 1132

IN THE MATTER OF LAWRENCE M. LAWSON, JUDGE OF THE SUPERIOR COURT.

May 24, 1991.

ORDER

The Advisory Committee on Judicial Conduct having filed a formal complaint charging Superior Court Judge LAWRENCE M. LAWSON with violations of *Canons* 1 and 2A of the *Code of Judicial Conduct* and *Rule* 2:15–8(a)(6);

And respondent having filed an answer admitting the allegations of the complaint;

And the Advisory Committee on Judicial Conduct having conducted a hearing and having filed a presentment recommending that Superior Court Judge Lawrence M. Lawson be publicly reprimanded for driving while under the influence of intoxicating liquor in violation of *N.J.S.A.* 39:4–50, and, in connection with that incident, for failing to observe a traffic signal in violation of *N.J.S.A.* 39:4–81, and for using courtesy license plates on his automobile prior to receiving written authorization to do so from the Division of Motor Vehicles;

And the Court having reviewed the entire record, and good cause appearing;

And respondent, by his counsel, having waived his right to oral argument on an order to show cause;

It is ORDERED that the report and recommendation of the Advisory Committee on Judicial Conduct are adopted, and Superior Court Judge Lawrence M. Lawson is hereby publicly reprimanded for his violations of *Canon* 1, *Canon* 2A, and *Rule* 2:15–8(a)(6).

*For reprimandment*—Chief Justice WILENTZ, and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI and STEIN join in this Order—6.

Justice CLIFFORD did not participate.